FILED
AUG - 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:19CR00625 RWS/NAB** |
| KAREN DICKERSON, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

Between January 1, 2017, and September 2, 2017, within the Eastern District of Missouri, the defendant,

**KAREN DICKERSON,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, to wit: $15,873.00 in the form of Office of Personnel Management Civil Service Retirement System retirement payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney